| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Agee, George S. | 2. Court or Organization 4th Circuit | 3. Date of Report 04/29/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Fourth Circuit U.S. Court of Appeals
1100 E. Main Street
Richmond, VA 23218

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Bridgewater College |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Commonwealth of Virginia-Retirement Income | $72,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Carilion Clinic-Salary |
| 2. | 2018 | RGC Resources, Inc. - Director Fees |
| 3. | 2018 | Hometown Bank - Director Fees |
| 4. | 2018 | Health Care Realty Trust Incorporated - Director Fees |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Hospital Association | 10/06/18 - 10-17-18 | Australia | ▓ AHA meeting | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/29/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMNB | A | Dividend | J | T | | | | | |
| 2. SUWI, LLC - (H) | | | | | | | | | |
| 3. -Rental Property #1 Roanoke, VA | C | Distribution | L | W | | | | | |
| 4. Healthcare Realty Trust, Inc. | B | Dividend | N | T | | | | | |
| 5. Agee Mill, LLC | A | Distribution | L | W | | | | | |
| 6. RGC Resources, Inc. | D | Dividend | O | T | | | | | |
| 7. First Citizens Bank Account | A | Interest | | | Closed | 04/30/18 | J | A | |
| 8. Hometown Bank | D | Dividend | M | T | | | | | |
| 9. BBT | A | Dividend | J | T | | | | | |
| 10. DWGAX | A | Dividend | | | Sold | 01/26/18 | J | A | |
| 11. NEWFX | A | Dividend | J | T | | | | | |
| 12. NYVCX | A | Dividend | | | Sold | 01/27/18 | J | A | |
| 13. AFTEX | A | Dividend | | | Sold | 01/27/18 | K | A | |
| 14. SBPLX | A | Dividend | | | Sold | 01/27/18 | J | A | |
| 15. Edward Jones Cash Account | A | Interest | J | T | | | | | |
| 16. RCC Equity Group, LLC | A | Dividend | K | U | | | | | |
| 17. IRA #1* - (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -IGAAX | A | Dividend | J | T | | | | | |
| 19. -ANWPX | A | Dividend | J | T | | | | | |
| 20. -CWGIX | A | Dividend | J | T | | | | | |
| 21. -AMRMX | A | Dividend | K | T | | | | | |
| 22. -ANCFX | A | Dividend | K | T | | | | | |
| 23. -CAIBX | A | Dividend | K | T | | | | | |
| 24. -AMECX | A | Dividend | K | T | | | | | |
| 25. -AMCPX | A | Dividend | K | T | | | | | |
| 26. -AGTHX | A | Dividend | K | T | | | | | |
| 27. -NEWFX | A | Dividend | J | T | | | | | |
| 28. Retirement Account #1 Virginia Deferred Compensation Plan - (H) | | | | | | | | | |
| 29. -VRS Stock Fund | C | Dividend | M | T | | | | | |
| 30. -Stable Value Fund | A | Dividend | L | T | | | | | |
| 31. -VRS Int'l Stock Fund | C | Dividend | L | T | | | | | |
| 32. -VRS Small/Mid Cap Stock Fund | B | Dividend | K | T | | | | | |
| 33. IRA #2 - (H) | | | | | | | | | |
| 34. -IGAAX | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -ANWPX | A | Dividend | J | T | | | | | |
| 36. -CWGIX | A | Dividend | J | T | | | | | |
| 37. -AMRMX | A | Dividend | J | T | | | | | |
| 38. -ANCFX | A | Dividend | J | T | | | | | |
| 39. -CAIBX | A | Dividend | J | T | | | | | |
| 40. -AMECX | A | Dividend | J | T | | | | | |
| 41. -AMCPX | A | Dividend | J | T | | | | | |
| 42. -AGTHX | A | Dividend | J | T | | | | | |
| 43. -NEWFX | A | Dividend | J | T | | | | | |
| 44. Retirement Account #2 Carilion Health System Sec 403(b) Plan - (H) | | | | | | | | | |
| 45. -Prudential Guaranteed Income Fund 28 | A | Interest | K | T | | | | | |
| 46. -Metropolitan West Total Return Bond Plan | D | Dividend | M | T | | | | | |
| 47. -American Funds Euro Pacific Growth | A | Dividend | J | T | | | | | |
| 48. -JP Morgan Mid Cap Value (formerly Goldman Sachs MDCAP Val/A) | D | Dividend | M | T | | | | | |
| 49. -Prudential Jennison Sm Company A*1 | D | Dividend | M | T | | | | | |
| 50. Mass Mut Sel Mid-Cap Growth Cl I (for. Vict Mun Mid Cap Core Gr FdY) | A | Dividend | J | T | | | | | |
| 51. -Vanguard Instl Index I | E | Dividend | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Retirement Acct #3 Carilion Health System Sec 457(b) Plan - (H) | | | | | | | | | |
| 53. -Metropolitan West Total Return Bond Plan | B | Dividend | L | T | | | | | |
| 54. -J Hancock Disciplined Value R6 | D | Dividend | M | T | | | | | |
| 55. -Vanguard Instl I | D | Dividend | M | T | | | | | |
| 56. Retirement Acct #4 Equivest TSA 501(c)(3) Plan - (H) | | | | | | | | | |
| 57. -EQ Guaranteed Interest | A | Dividend | J | T | | | | | |
| 58. -EQ International Equity Index | A | Dividend | J | T | | | | | |
| 59. -AXA/AB Small Cap Growth | A | Dividend | J | T | | | | | |
| 60. -AXA MidCap VA1 Managed Vol | A | Dividend | J | T | | | | | |
| 61. -EQ Black Rock Basic | B | Dividend | K | T | | | | | |
| 62. -Equitable Multimanager Core Bond | A | Dividend | J | T | | | | | |
| 63. -Equitable Charter Multi Sector Bond | A | Dividend | J | T | | | | | |
| 64. Retirement Acct #5 Alliance Benefit Group Capital ACCU.AC - (H) | | | | | | | | | |
| 65. FAIGX | C | Dividend | M | T | | | | | |
| 66. VFINX | C | Dividend | M | T | | | | | |
| 67. Life Insurance Policy #1 Natl Life Ins Co Whole Life | C | Dividend | M | T | | | | | |
| 68. Life Insurance Policy #2 Equitable Variable Life - (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -AXA Moderate Allocation | A | Dividend | J | T | | | | | |
| 70. -EQ/Common Stock Index | A | Dividend | J | T | | | | | |
| 71. -Multimanager, Aggressive Equity | A | Dividend | J | T | | | | | |
| 72. Fed Govt OBLIG Fund #395 | A | Interest | L | T | | | | | |
| 73. Virginia State College Bldg Authority Bond due 8/1/34 | A | Dividend | | | Sold | 07/11/18 | M | A | |
| 74. US Treasury Notes T1.875.22 | A | Interest | | | Sold | 01/24/18 | L | B | |
| 75. US Treasury Notes T2.2527 | A | Interest | | | Sold | 05/18/18 | L | A | |
| 76. Spotsylvania Co Va Ser A Bonds | A | Dividend | | | Sold | 01/15/18 | M | A | |
| 77. Arlington Co Va Ind Dev Auth Rev Ref Bonds | A | Dividend | | | Sold | 05/18/18 | M | A | |
| 78. Virginia St Res Auth Rev Pooled State AID Withholding Bonds | A | Dividend | | | Sold | 07/12/18 | M | B | |
| 79. Alexandria Va Go Ref Ser C Bonds | A | Dividend | | | Sold | 05/18/18 | M | B | |
| 80. Virginia State CLG Bldg Auth 21st Century Coll-Ser C Bonds | A | Dividend | | | Sold | 07/12/18 | M | B | |
| 81. Isle of Wight County Va Go Ref Ser B Bonds | A | Dividend | | | Sold | 07/12/18 | M | B | |
| 82. Virginia State Public School Authority Sch Financing Ref-Ser B Bonds | B | Dividend | | | Sold | 07/12/18 | M | C | |
| 83. OWLSX | E | Dividend | P1 | T | | | | | |
| 84. OWSMX | D | Dividend | N | T | | | | | |
| 85. OWACX | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. OWSOX | D | Dividend | N | T | | | | | |
| 87. OWBMX | C | Interest | O | T | Buy | 07/12/18 | O | | |
| 88. BOTJ | A | Dividend | J | T | Buy | 11/07/18 | J | | |
| 89. IUV | A | Dividend | K | T | Buy | 02/12/18 | K | | |
| 90. ABTYX | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 91. FWGIX | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 92. DODGX` | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 93. FUNFX | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 94. GAFFX | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 95. HGIFX | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 96. FIFAX | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 97. JGRSX | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 98. JPPEX | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 99. MPVOX | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 100. MPMNX | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 101. MFEKX | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 102. FNPFX | A | Dividend | J | T | Buy | 02/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FNWFX | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 104. TBCIX | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 105. LTMIX | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 106. EFA | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 107. TIP | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 108. IUSG | A | Dividend | J | T | Buy | 11/07/18 | J | | |
| 109. VO | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 110. VB | A | Dividend | J | T | Buy | 02/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George S. Agee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544